No. 03–9099. LANG *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–9101. ORRIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–9102. MORA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9107. BONSU *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–9108. RIVERA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–9109. ATKINSON *v.* DEWALT, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 03–9112. BROWN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9115. MASSEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–9119. CURTIS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 03–9125. WASHINGTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9129. ISAACS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9132. GIDA *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 03–9136. CAMPA-FABELA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–9138. CAVE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–9144. GIBSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9146. GORMLEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.